UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE GRAND JURY SUBPOENA<br>N-19-2-227 / #1875 | : <br> : <br> : <br> : | No. 3:20MJ1061  (SALM) |

**NON-DISCLOSURE ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of grand jury subpoena N-19-2-227 / #1875 (hereinafter "the Subpoena").

The Court determines that there is reason to believe that notification of the existence of the Subpoena will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until **December 10, 2021**, to the listed subscriber or to any other person, unless otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

Any motion to extend the deadlines in this order shall be filed by **December 3, 2021**.

It is so ordered this 10th day of December, 2020, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.12.10 10:57:22 -05'00'

_____
HONORABLE SARAH A. L. MERRIAM
United States Magistrate Judge